UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

In re:   DOMINIC L. BLOOR,                             24-22946 GMH
                                                         (Chapter 7)
                 Debtor.

_____

NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT
_____

HELEN M. LUDWIG, the Trustee in this case intends to abandon the estate's interest in certain property, as described below, pursuant to 11 U.S.C. §554.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you object to the Trustee's intended abandonment, or if you want the court to consider your views on the matter, then on or before **November 13, 2024**, you or your attorney must:

1. File with the Court a written objection to the abandonment and a request for a hearing at:

   Clerk, U. S. Bankruptcy Court
   Room 126, Federal Courthouse
   517 E. Wisconsin Avenue
   Milwaukee, WI 53202

2. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Helen M. Ludwig, Trustee
PO Box 574
Mukwonago, WI 53149
262-827-4685
hludwig@ludwiglaw.org

−1−

3. You must also mail a copy to:

Office of the U. S. Trustee  
517 E. Wisconsin Ave., Rm 430  
Milwaukee, WI 53202

Helen M. Ludwig, Trustee  
PO Box 574  
Mukwonago, Wisconsin 53149

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Trustee's notice and may enter an order granting that relief.

The Trustee intends to abandon the estate's interest in the following property for the reasons set forth:

**Property to be Abandoned because of Security Interests, Liens and/or Exemptions**

The Trustee intends to abandon the following property because, after considering exemptions claimed by the Debtor(s) under: ☐ **federal law** ☒ **state law (check one)**, and perfected security interests and liens against the property, each item of property is burdensome and/or of inconsequential value to the estate as follows:

| Item: | Debtor's Scheduled Value: | Trustee's Estimated Value: | Amount Claimed Exempt: | Lien or Security Interest in Property | Amount left for Trustee to Administer: |
|---|---|---|---|---|---|
| 2003 GMC Yukon | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 0.00 | $ 0.00 |
| Lawnmower | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 0.00 | $ 0.00 |
| Snowblower | $ 400.00 | $ 400.00 | $ 400.00 | $ 0.00 | $ 0.00 |
| Cell Phone | $ 200.00 | $ 200.00 | $ 200.00 | $ 0.00 | $ 0.00 |
| Laptop and Printer | $ 225.00 | $ 225.00 | $ 225.00 | $ 0.00 | $ 0.00 |
| Smith Wesson 9mm pistol | $ 500.00 | $ 500.00 | $ 500.00 | $ 0.00 | $ 0.00 |
| Clothing | $ 200.00 | $ 200.00 | $ 200.00 | $ 0.00 | $ 0.00 |
| Family Dog | $ 400.00 | $ 400.00 | $ 400.00 | $ 0.00 | $ 0.00 |

Helen M. Ludwig, Trustee  
PO Box 574  
Mukwonago, WI 53149  
262-827-4685  
hludwig@ludwiglaw.org

-2-

| | | | | | |
|---|---|---|---|---|---|
| Educators Credit Union - Prime Share Savings S0000. Acct. no. X9003 | $ 98.28 | $ 98.28 | $ 98.28 | $ 0.00 | $ 0.00 |
| Educators Credit Union - Prime Share Savings S0008. Acct. no. X9003 | $ 188.73 | $ 188.73 | $ 188.73 | $ 0.00 | $ 0.00 |
| Guardian Credit Union - Joint Reserved Checking acct no. xxx413 - 60 | $ 18.91 | $ 18.91 | $ 0.00 | $ 0.00 | $ 18.91 |
| Guardian Credit Union - Joint Regular Savings acct no. 000413 - 1 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Guardian Credit Union - Joint Stash Rewards Round up acct no. 000413 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Valley View Real Estate LLC: Assets: Bluevine bank account xxx90716: $5.58 Liabilities: BHG business loan: $150,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| CCL Goods LLC (50% interest): Assets: Summit Credit Union bank accounts: Savings acct no. 0006297-4000 = $4.00; Money Market checking acct no. 0006297 - 0040 = $171.73 | $ 87.87 | $ 87.87 | $ 87.87 | $ 0.00 | $ 0.00 |
| Paradise Goods LLC (50% interest): no assets or liabilities | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Helen M. Ludwig, Trustee
PO Box 574
Mukwonago, WI 53149
262-827-4685
hludwig@ludwiglaw.org

-3-

| | | | | | |
|---|---|---|---|---|---|
| Dominic Bloor Living Trust Agreement Dated September 28, 2022: Asset: ½ interest in Homestead located at W336S9243 Valley View Drive Mukwonago, WI 53149 | $253,920.00 | $253,920.00 | $ 0.00 | $533,000.00 | $ 0.00 |
| 2212 Adams St. LLC: no assets or liabilities. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 13316 W. Forest Dr. LLC: no assets or liabilities. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Dated this 23rd day of October, 2024.

RESPECTFULLY SUBMITTED,

/S/
Helen M. Ludwig, Trustee

Helen M. Ludwig, Trustee
PO Box 574
Mukwonago, WI 53149
262-827-4685
hludwig@ludwiglaw.org

- 4 -