UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: DOMINIC L. BLOOR,     24-22946 GMH
(Chapter 7)
Debtor.

## TRUSTEE'S STATEMENT OF ABANDONMENT

Pursuant to the Notice of Trustee's Proposed Abandonment, which was duly mailed to creditors and parties in interest, and no timely objections having been filed and sustained, Trustee hereby abandons the Estate's interest in the following property:

1. 2003 GMC Yukon;

2. Lawnmower;

3. Snowblower;

4. Cell Phone;

5. Laptop and Printer;

6. Smith Wesson 9mm pistol;

7. Clothing;

8. Family Dog;

9. Educators Credit Union - Prime Share Savings S0000. Acct. no. X9003;

10. Educators Credit Union - Prime Share Savings S0008. Acct. no. X9003;

11. Guardian Credit Union - Joint Reserved Checking acct no. xxx413 - 60;

Helen M. Ludwig, Trustee
PO Box 574
Mukwonago, WI 53149
262-827-4685
hludwig@ludwiglaw.org

12. Guardian Credit Union - Joint Regular Savings acct no. 000413 - 1;

13. Guardian Credit Union - Joint Stash Rewards Round up acct no. 000413;

14. Valley View Real Estate LLC: Assets: Bluevine bank account xxx90716: $5.58 Liabilities: BHG business loan: $150,000.00;

15. CCL Goods LLC (50% interest): Assets: Summit Credit Union bank accounts: Savings acct no. 0006297-4000 = $4.00; Money Market checking acct no. 0006297 - 0040 = $171.73;

16. Paradise Goods LLC (50% interest): no assets or liabilities;

17. Dominic Bloor Living Trust Agreement Dated September 28, 2022: Asset: ½ interest in Homestead located at W336S9243 Valley View Drive Mukwonago, WI 53149;

18. 2212 Adams St. LLC: no assets or liabilities;

19. 13316 W. Forest Dr. LLC: no assets or liabilities.

Dated this 10th day of January 2025.

/S/
Helen M. Ludwig, Trustee

Helen M. Ludwig, Trustee
PO Box 574
Mukwonago, WI 53149
262-827-4685
hludwig@ludwiglaw.org