UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | § | Case No. 24-22946-GMH |
| | § | |
| DOMINIC L BLOOR | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/31/2024. The undersigned trustee was appointed on 05/31/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $3,676.79

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $3,676.79 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/21/2024 and the deadline for filing government claims was 11/27/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $919.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $919.20, for a total compensation of $919.20[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/12/2025        By: /s/ Helen M. Ludwig
                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 24-22946-GMH | Trustee Name: | Helen M. Ludwig |
|---|---|---|---|
| Case Name: | BLOOR, DOMINIC L | Date Filed (f) or Converted (c): | 05/31/2024 (f) |
| For the Period Ending: | 5/12/2025 | §341(a) Meeting Date: | 07/08/2024 |
| | | Claims Bar Date: | 11/21/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2003 GMC Yukon Mileage: 171,000 Other Information: VIN#3GKFK16293G291084 | $4,000.00 | $0.00 | OA | $0.00 | FA |
| 2  Lawnmower | $3,500.00 | $0.00 | OA | $0.00 | FA |
| 3  Snow Blower | $400.00 | $0.00 | OA | $0.00 | FA |
| 4  Cell Phone | $200.00 | $0.00 | OA | $0.00 | FA |
| 5  Laptop ($200); Printer ($25) | $225.00 | $0.00 | OA | $0.00 | FA |
| 6  Smith Wesson 9mm pistol | $500.00 | $0.00 | OA | $0.00 | FA |
| 7  Clothing | $200.00 | $0.00 | OA | $0.00 | FA |
| 8  Family Dog | $400.00 | $0.00 | OA | $0.00 | FA |
| 9  Prime Share Savings S0000 - acct no. X9003 Educators Credit Union | $98.28 | $0.00 | OA | $0.00 | FA |
| 10  Prime Share Checking S0008 - acct no. X9003 Educators Credit Union | $188.73 | $0.00 | OA | $0.00 | FA |
| 11  Joint Reserved Checking acct no. Guardian Credit Union (joint account - xxx413 - 60 Dominic Lee Bloor and Tera L Van De Voord) | $18.91 | $18.91 | OA | $0.00 | FA |
| 12  Joint Regular Savings acct no. Guardian Credit Union (joint account - 000413 - 1 Dominic Lee Bloor and Tera L Van De Voord) | $0.00 | $0.00 | OA | $0.00 | FA |
| 13  Joint Stash Rewards Round up acct no. 000413 - Guardian Credit Union (joint account - 10 Dominic Lee Bloor and Tera L Van De Voord) | $0.00 | $0.00 | OA | $0.00 | FA |
| 14  Valley View Real Estate LLC: Assets: Bluevine bank account xxx90716: $5.58 Liabilities: BHG business loan: $150,000.00 | $0.00 | $0.00 | OA | $0.00 | FA |
| 15  CCL Goods LLC: Assets: Summit Credit Union bank accounts: Savings acct no. 0006297-4000 = $4.00; Money Market checking acct no. 0006297 - 0040 = $171.73 50% % | $87.87 | $0.00 | OA | $0.00 | FA |
| 16  Paradise Goods LLC: no assets or liabilities 50% % | $0.00 | $0.00 | OA | $0.00 | FA |

| Case No.: | 24-22946-GMH | Trustee Name: | Helen M. Ludwig |
|---|---|---|---|
| Case Name: | BLOOR, DOMINIC L | Date Filed (f) or Converted (c): | 05/31/2024 (f) |
| For the Period Ending: | 5/12/2025 | §341(a) Meeting Date: | 07/08/2024 |
| | | Claims Bar Date: | 11/21/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Dominic Bloor Living Trust Agreement Dated September 28, 2022: Asset: Homestead located at W336S9243 Valley View Drive Mukwonago, WI 53149 FMV = $552,000 x 8% costs of sale ($44,160.00) = $507,840.00 | $253,920.00 | $0.00 | OA | $0.00 | FA |
| 18 | 2023 Tax refunds Federal and State | $13,013.00 | $737.88 | | $756.79 | FA |
| 19 | 2212 Adams St. LLC (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| 20 | 13316 W. Forest Dr. LLC (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| 21 | 2024 tax refunds - prorated amount (u) | $0.00 | $6,500.00 | | $2,920.00 | FA |

**TOTALS (Excluding unknown value)**     $276,751.79     $7,256.79     $3,676.79     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
TFR
Total 2024 refund $6,952. Case filed on 5/31/2024. 152nd day/366 =.42 X $6,952 = $2,920. Sent email to attorney re turn over 4/25/2025
Receipt of non-exempt refunds $2,920?
2024 returns?
Receipt of tax returns?
Receipt of 2024 tax returns?
Receipt of 2025 tax returns?
Statement of Abandonment
Email to atty re status of tax refunds
Abandon assets
Review claims

| Initial Projected Date Of Final Report (TFR): | 06/30/2025 | Current Projected Date Of Final Report (TFR): | /s/ HELEN M. LUDWIG |
|---|---|---|---|
| | | | HELEN M. LUDWIG |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 24-22946-GMH | Trustee Name: | Helen M. Ludwig |
|---|---|---|---|
| Case Name: | BLOOR, DOMINIC L | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9884 | Checking Acct #: | ******4601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/31/2024 | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/12/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/26/2024 | (18) | Dominic Bloor | Turn over of non-exempt tax refund | 1124-000 | $756.79 | | $756.79 |
| 05/08/2025 | (21) | Dominic Bloor | Turn-over of 2024 tax refunds | 1224-000 | $2,920.00 | | $3,676.79 |
| | | | TOTALS: | | $3,676.79 | $0.00 | $3,676.79 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $3,676.79 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $3,676.79 | $0.00 | |

| For the period of 5/31/2024 to 5/12/2025 | | For the entire history of the account between 11/26/2024 to 5/12/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,676.79 | Total Compensable Receipts: | $3,676.79 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,676.79 | Total Comp/Non Comp Receipts: | $3,676.79 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 24-22946-GMH | **Trustee Name:** | Helen M. Ludwig |
| **Case Name:** | BLOOR, DOMINIC L | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***9884 | **Checking Acct #:** | ******4601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 5/31/2024 | **Blanket bond (per case limit):** | $1,500,000.00 |
| **For Period Ending:** | 5/12/2025 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,676.79 | $0.00 | $3,676.79 |

| For the period of 5/31/2024 to 5/12/2025 | | For the entire history of the case between 05/31/2024 to 5/12/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,676.79 | Total Compensable Receipts: | $3,676.79 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,676.79 | Total Comp/Non Comp Receipts: | $3,676.79 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ HELEN M. LUDWIG

HELEN M. LUDWIG

| Case No. | 24-22946-GMH | | | | | | | Trustee Name: | Helen M. Ludwig | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BLOOR, DOMINIC L | | | | | | | Date: | 5/12/2025 | | | |
| Claims Bar Date: | 11/21/2024 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HELEN M. LUDWIG<br><br>200 S. Executive Dr., Suite 101<br>Brookfield WI 53005 | 05/08/2025 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $919.20 | $919.20 | $0.00 | $0.00 | $0.00 | $919.20 |
| 1 | LVNV FUNDING, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 08/26/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $26,393.95 | $28,836.80 | $28,836.80 | $0.00 | $0.00 | $0.00 | $28,836.80 |
| 2 | DISCOVER BANK<br><br>PO Box 3025<br>New Albany OH 43054-3025 | 08/27/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $10,831.91 | $11,626.88 | $11,626.88 | $0.00 | $0.00 | $0.00 | $11,626.88 |
| 3 | CAPITAL ONE, N.A.<br><br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 09/04/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,730.51 | $5,457.24 | $5,457.24 | $0.00 | $0.00 | $0.00 | $5,457.24 |
| 4 | CAPITAL ONE, N.A.<br><br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 09/04/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,470.18 | $5,305.35 | $5,305.35 | $0.00 | $0.00 | $0.00 | $5,305.35 |
| 5 | BANKERS HEALTHCARE GROUP, LLC<br><br>201 Solar Street<br>Syracuse NY 13204 | 09/13/2024 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $159,607.52 | $172,063.46 | $172,063.46 | $0.00 | $0.00 | $0.00 | $172,063.46 |
| 6 | SUMMIT CREDIT UNION<br><br>P.O. Box 8046<br>Madison WI 53708-8046 | 10/22/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $13,000.00 | $13,349.11 | $13,349.11 | $0.00 | $0.00 | $0.00 | $13,349.11 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 10/31/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $10,366.41 | $4,873.91 | $4,873.91 | $0.00 | $0.00 | $0.00 | $4,873.91 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 10/31/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,995.98 | $2,835.19 | $2,835.19 | $0.00 | $0.00 | $0.00 | $2,835.19 |

| Case No. | 24-22946-GMH | | Trustee Name: | Helen M. Ludwig |
|---|---|---|---|---|
| Case Name: | BLOOR, DOMINIC L | | Date: | 5/12/2025 |
| Claims Bar Date: | 11/21/2024 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC<br>PO Box 7999<br>St Cloud MN 56302-9617 | 11/12/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,000.00 | $1,945.93 | $1,945.93 | $0.00 | $0.00 | $0.00 | $1,945.93 |
| | | | | | | $247,213.07 | $247,213.07 | $0.00 | $0.00 | $0.00 | | $247,213.07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 24-22946-GMH | | | **Trustee Name:** | | Helen M. Ludwig |
| **Case Name:** | BLOOR, DOMINIC L | | | **Date:** | | 5/12/2025 |
| **Claims Bar Date:** | 11/21/2024 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $74,230.41 | $74,230.41 | $0.00 | $0.00 | $0.00 | $74,230.41 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $172,063.46 | $172,063.46 | $0.00 | $0.00 | $0.00 | $172,063.46 |
| Trustee Compensation | $919.20 | $919.20 | $0.00 | $0.00 | $0.00 | $919.20 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 24-22946-GMH
Case Name: DOMINIC L BLOOR
Trustee Name: Helen M. Ludwig

Balance on hand: $3,676.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 5 | Bankers Healthcare Group, LLC | $172,063.46 | $172,063.46 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $3,676.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Helen M. Ludwig, Trustee Fees | $919.20 | $0.00 | $919.20 |

Total to be paid for chapter 7 administrative expenses: $919.20
Remaining balance: $2,757.59

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,757.59

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00

**UST Form 101-7-TFR (5/1/2011)**

|  | Remaining balance: | $2,757.59 |
|---|---|---|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $74,230.41 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | LVNV Funding, LLC | $28,836.80 | $0.00 | $1,071.26 |
| 2 | Discover Bank | $11,626.88 | $0.00 | $431.93 |
| 3 | Capital One, N.A. | $5,457.24 | $0.00 | $202.73 |
| 4 | Capital One, N.A. | $5,305.35 | $0.00 | $197.09 |
| 6 | Summit Credit Union | $13,349.11 | $0.00 | $495.91 |
| 7 | American Express National Bank | $4,873.91 | $0.00 | $181.06 |
| 8 | American Express National Bank | $2,835.19 | $0.00 | $105.32 |
| 9 | Jefferson Capital Systems, LLC | $1,945.93 | $0.00 | $72.29 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $2,757.59 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |